UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

GEORGE HERNANDEZ,

    Plaintiff,

v.                                                                                                Civ. No. 18-516 RB\GJF

ANGIE K. SCHNEIDER, JOHN SUGG, and
MARY SIMMS,

    Defendants.

## ORDER TO CURE DEFICIENCY

On June 1, 2018, Plaintiff George Hernandez filed a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 [ECF No. 1]. The Court determines that Plaintiff's filing is deficient because Plaintiff has not paid the filing fee ($400 civil/administrative) or, alternatively, submitted an Application to Proceed in District Court Without Prepaying Fees or Costs and a certified copy of his inmate account statement for the preceding six months as required by 28 U.S.C. § 1915(a)(1), (2).

Plaintiff will have thirty (30) days from the date of entry of this Order in which to pay the filing fee ($400 civil/administrative) or, alternatively, submit an Application to Proceed in District Court Without Prepaying Fees or Costs and a certified copy of his inmate account statement for the preceding six months. Plaintiff must include the civil action number (18-CV-516-RB-GJF) of this case on all papers that he files in this proceeding. Failure timely to comply with this Order may result in the dismissal of this action without further notice. *See* FED. R. CIV. P. 41(b).

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency designated above within **thirty (30) days** from the date of this Order;

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to mail to Plaintiff, together with a copy of this Order, 2 copies each of an Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE